## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERONICA McCALLUP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-6645-AJM-SS** |
| **CALIFORNIA STATE** | |

## REPORT AND RECOMMENDATION

Veronica McCallup ("McCallup"), the plaintiff, alleges that: (1) on June 25, 2009, she was stopped in Upland California by the Rancho Cucamonga California police; (2) she was charged with theft of a rental car; (3) she was denied discovery by the district attorney; (3) the witnesses against her were not sequestered; and (4) the California judge recused himself. Rec. doc. 8.

On October 2, 2009, McCallup filed a notice of removal in federal court in New Orleans. Rec. doc. 2. She is proceeding in proper person and *in forma pauperis*. She contends that this Court has jurisdiction over the California criminal prosecution because of: (1) diversity of citizenship; (2) federal question; (3) discrimination based on race; (4) inability to enforce her rights in state court; (5) violations of her constitutional rights, including freedom of religion and unlawful search and seizure; (6) failure of police officers to respond to summons and complaint served upon them; and (7) defamation and slander. Rec. doc. 2. McCallup filed a brief in support of federal jurisdiction. Rec. doc. 5.

On November 5, 2009, McCallup filed a request for immediate payment of costs. She contends that a defendant in a criminal proceeding is entitled to present a complete defense. She

requests a payment of $7,000.00 for transportation and work on her case. Rec. doc. 8.

This matter was referred to the assigned Magistrate Judge. Rec. doc. 9.

Pursuant to 28 U.S.C. § 1446(a),

> A defendant . . . desiring to remove any civil action or criminal prosecution from a State Court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and order served upon such defendant . . . in such action.

Id. McCallup has not complied with Section 1446(a). Her pleadings reveal that the State of California initiated a criminal prosecution against her. Section 1446(a) requires that any removal be to the appropriate federal court in California. There is no basis for an attempt to remove a California proceeding to the Eastern District of Louisiana.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that McCallup' petition for removal (Rec. doc. 2) and her motion for immediate payment of costs (Rec. doc. 8) be dismissed without prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by

the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

    New Orleans, Louisiana, this 19th day of April, 2010.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**