# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERONICA McCALLUP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-6645-AJM-SS** |
| **CALIFORNIA STATE** | |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff, Veronica McCallup ("McCallup"), has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that McCallup' petition for removal (Rec. doc. 2) and her motion for immediate payment of costs (Rec. doc. 8) are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 17th day of May, 2010.

_____
United States District Judge